United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VELASQUEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GEORGE J. GIURBINO, et al.,<br><br>　　　　Respondents.　　　　　　／ | No. C 10-01814 SBA (PR)<br><br>**ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO PAY THE FILING FEE OR FILE HIS CERTIFICATE OF FUNDS** |

　　　　Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.   On that same date the Clerk of the Court sent a notice to Petitioner, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis (IFP) application.  The Clerk sent Petitioner a blank IFP application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

　　　　Thereafter, Petitioner filed a completed IFP application and prisoner trust account statement; however, he did not file copies of his certificate of funds.

　　　　Before the Court is Petitioner's "Motion for Extension to Pay the Filing Fee of Five Dollars to This Court."

　　　　The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or filed the requisite documents necessary to complete his IFP application.  See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

Accordingly, the Court grants Petitioner's request for an extension of time to pay the requisite $5.00 filing fee in this action.  No later than **thirty (30) days** from the date of this Order, Petitioner shall pay the $5.00 filing fee and include with his payment a clear indication that it is for the above-referenced case number, C 10-01814 SBA (PR).  In the event that Petitioner is unable to pay the filing fee, he shall submit a certificate of funds no later than **thirty (30) days** from the date of this Order.  Failure to pay the filing fee or file the requisite document within the thirty-day deadline shall result in dismissal of this action.

The Clerk shall send Petitioner a blank IFP application along with a copy of this Order.

This Order terminates Docket no. 6.

IT IS SO ORDERED.

DATED: 6/21/10

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.10\Velasquez1814.EOT-Fee.wpd             2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  RONALD VELASQUEZ,

            Plaintiff,                    Case Number: CV10-01814 SBA

5                                         **CERTIFICATE OF SERVICE**

   v.
6
   GEORGE J. GIURBINO et al,
7
            Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on June 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.

13

14

15 Ronald Velasquez T-45458
   Pelican Bay State Prison
16 P.O. Box 7500 SHU C6/113
   Crescent City, CA 95531-7500
17
   Dated: June 22, 2010
18                                        Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28 G:\PRO-SE\SBA\HC.10\Velasquez1814.EOT-Fee.wpd          3