IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VELASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>GEORGE J. GIURBINO, et al.,<br><br>Respondents.<br>_____/ | No. C 10-01814 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE; AND TERMINATING PENDING MOTIONS** |

Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court are Petitioner's motions for appointment of counsel, for an evidentiary hearing, and for leave to proceed in forma pauperis.

On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

On May 26, 2010, Petitioner filed a motion for extension of time to file the requisite filing fee. On the same day, Petitioner filed an in forma pauperis application and prisoner trust account statement; however, he did not file copies of his certificate of funds.

On June 21, 2010, the Court issued an Order Regarding In Forma Pauperis Motion. The Court directed Petitioner to either pay the fee or submit his certificate of funds within thirty days of the date of the Order. Petitioner was also informed that the failure to pay the filing fee or file his certificate of funds within the thirty-day deadline shall result in dismissal of this action.

More than thirty days have passed, and Petitioner has not paid the filing fee or filed a copy of his certificate of funds. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. Petitioner's in forma pauperis application is DENIED as incomplete.

1    The Clerk of the Court shall terminate all pending motions as moot and close the file.

2    This Order terminates Docket nos. 4, 5, and 7.

3    IT IS SO ORDERED.

4    DATED: 8/26/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VELASQUEZ, | Case Number: CV10-01814 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GEORGE J. GIURBINO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Velasquez T-45458
Pelican Bay State Prison
P.O. Box 7500 SHU C6/113
Crescent City, CA 95531-7500

Dated: August 26, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Velasquez1814.Diss-IFP.wpd     3